# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Air Rights Aviation LLC, | No. CV-25-00071-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Textron Aviation Incorporated, | |
| Defendant. | |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 20), filed on May 8, 2025,

**IT IS ORDERED** approving the Stipulation (Doc. 20) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 8th day of May, 2025.

_____
Honorable Diane J. Humetewa
United States District Judge